# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:20-mj-00007-SAO |
| Jayson Knox | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 1, 2019, and January 22, 2020  in the county of _____ in the _____ District of  Alaska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Attempted Sexual Exploitation of a Minor |
| 18 U.S.C. § 1470 | Transfer of Obscene Matter to a Minor |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Jolene Goeden

☑ Continued on the attached sheet.

[signature] 2/27/20

~~Sworn to before me and signed in my presence.~~
SWORN TO TELEPHONICALLY AND SIGNED ELECTRONICALLY

Date: FEB 27, 2020

City and state:  Anchorage, Alaska

Complainant's signature
JOLENE GOEDEN, Special Agent, FBI
Printed name and title

Judge's signature
MATTHEW M. SCOBLE, U.S. Magistrate Judge
Printed name and title